

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Lee Edward Thomas, et al.

No. 06-21-00106-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, in part, and we direct the trial court (1) to rescind its temporary injunction dated September 8, 2020, and the October 29 Order (except the denial of the interpleader), (2) to enter such orders as are necessary to restore the Church's funds on deposit at Texas Bank and Trust in any account to the Church's account ending in 082, (3) to the extent necessary, to restore Lee Edward Thomas and Johnny Lee McCoy as the only persons with authority to write checks and withdraw funds from the Church's account ending in 082, and (4) to dismiss the Cosby Group's claims for injunctive relief to the extent they seek to enjoin the Thomas Group from writing checks, withdrawing funds, or having access to any of the Church's bank accounts, to enforce the July 21 Resolutions, and to partition the Church's assets between the Cosby Group's members and the Thomas Group' members. The writ of mandamus will issue only if the trial court fails to comply.

RENDERED JANUARY 14, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk